UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kenneth H. Hart</u>

        v.                            Civil No. 11-cv-2-JD

<u>NH State Prison</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated March 21, 2011.

SO ORDERED.

April 5, 2011                              <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                                   Joseph A. DiClerico, Jr.
                                                   United States District Judge

cc:    Kenneth H. Hart, pro se