UNITED STATES DISTRICT COURT FOR THE
                      DISTRICT OF NEW HAMPSHIRE


<u>Kenneth H. Hart</u>

     v.                                    Civil No. 11-cv-002-JD

<u>New Hampshire State Prison</u>


                              O R D E R

     As is explained in the court's previous order, which was issued on April 19, 2011, Kenneth H. Hart's case was dismissed and judgment entered on April 15, 2011, because Hart failed to pay the filing fee or apply for in forma pauperis status as he had been instructed, repeatedly, to do.  Nevertheless, the court sent additional packets of application materials for in forma pauperis status and gave Hart an extension of time until May 10, 2011, to pay the filing fee or move for in forma pauperis status.  Hart did neither.

     Instead, on May 10, 2011, Hart filed a motion seeking an extension of time until August of 2011 to pay the filing fee or move for in forma pauperis status.  Hart provides no coherent reason for failing to comply with the court's order to make the required filings by May 10, 2011.  Therefore, Hart fails to support his motion for a further extension of time.

Conclusion

For the foregoing reasons, the plaintiff's motion for a further extension of time (document no. 23) is denied.

The case remains closed.

SO ORDERED.

                                                _/s/ Joseph A. DiClerico, Jr._
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

May 17, 2011

cc: Kenneth H. Hart #73581, pro se