UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kenneth H. Hart</u>

              v.                      Civil No. 11-cv-2-JD

<u>NH State Prison</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated August 29, 2011, no objection having been filed.

SO ORDERED.

September 19, 2011                 <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                           Joseph A. DiClerico, Jr.
                                           United States District Judge

cc:     Kenneth Hart, pro se